UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SOLOMON GROGEN (#109078)

VERSUS

SHERIFF SID J. GAUTREAUX, III, ET AL

CIVIL ACTION

NO. 12-39-BAJ-DLD

**RULING**
**and ORDER OF DISMISSAL**

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of the United States Magistrate Judge Docia L. Dalby dated July 11, 2012 (doc. 4) to which no opposition has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, this action is dismissed as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e).

Baton Rouge, Louisiana, August 22, 2012.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA